UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

**FILED**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH FINGER,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

OCT 11 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# 4:17CR454 CDP/PLC

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about July 29, 2017, in the County of St. Louis, within the Eastern District of Missouri,

**JOSEPH FINGER,**

the Defendant herein, having been convicted previously of crimes punishable by a term of imprisonment exceeding one year, did knowingly possess one or more firearms which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The Grand Jury further charges that:

On or about October 6, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**JOSEPH FINGER,**

the Defendant herein, having been convicted previously of crimes punishable by a term of imprisonment exceeding one year, did knowingly possess one or more firearms which had previously traveled in interstate or foreign commerce.



In violation of Title 18, United States Code, Section 922(g)(1).


A TRUE BILL.


_____

FOREPERSON


JEFFREY B. JENSEN
United States Attorney


_____

THOMAS J. MEHAN, #28958MO
Assistant United States Attorney