UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:17 CR 454 CDP |
| | ) | |
| JOSEPH FINGER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOR DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Missouri hereby dismisses the indictment due to the death of the defendant.

JEFFREY B. JENSEN
United States Attorney


/s/ Thomas J. Mehan_____
THOMAS J. MEHAN
Assistant United States Attorney


Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES DISTRICT JUDGE


Dated:  This _____ day of October, 2017.